UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

     Case No. 6:25-mj-1856-NWH

JOHN DANIEL FOWLER,

     Defendant.

**NOTICE OF APPEARANCE
AND SUBSTITUTION OF COUNSEL**

     The Court has appointed the Office of the Federal Defender to represent the Defendant, John Daniel Fowler, in the above-styled cause. The Office of the Federal Defender requests that the Court enter the appearance of Vitaliy Kats, Assistant Federal Defender, as counsel for the Defendant and remove Jenna N. Kelly, Assistant Federal Defender, as the notice counsel.

Dated: August 5, 2025

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Acting Federal Defender, MDFL

*/s/Vitaliy Kats, Esq.*
Vitaliy Kats, Esq.
Assistant Federal Defender
Florida Bar No. 0118748
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: vitaliy_kats@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) on August 5, 2025, by using the CM/ECF system which will send a notice of electronic filing to Brandon Cruz, Assistant U.S. Attorney.

*/s/Vitaliy Kats, Esq.*
Vitaliy Kats, Esq.
Assistant Federal Defender